# Video and telephone connection information for settlement conferences with Judge Hawley

**NOTE: Please read through all these instructions before the video conference. If you would like to arrange a test of your connection prior to the settlement contact, please contact Whitney_Gingrich@ilcd.uscourts.gov. If on the day of the settlement conference you experience difficulty connecting by video, please join the conference by telephone as indicated in Step 1 below.**

**Step 1.** Find below to which virtual room you should connect, copy the link to that room, open **Google Chrome**, and paste the appropriate link into the address bar.

### A.     SETTLEMENT CONFERENCE ROOMS WHERE A PARTY IS NOT AN INMATE:

**Plaintiff's Room:**

*To connect by video:*
https://join.uc.uscourts.gov/invited.sf?secret=HYLfeMScwYpwD749nrzjrg&id=915948311

*To connect by phone:*
(571) 353-2300, then enter 915948311#

**Defendant's Room:**

*To connect by video:*
https://join.uc.uscourts.gov/invited.sf?secret=lxSvxqci1wGaRfurt6owbw&id=405348250

*To connect by phone*
(571) 353-2300, then enter 405348250#

**Defendant's Room 2 (to be used only if directed in a Text Order to do so):**

*To connect by video:*
https://join.uc.uscourts.gov/invited.sf?secret=D2yWJu7hTLscsoQX3Dj9EA&id=732115070

*To connect by phone:*
(571) 353-2300, then enter 732115070#

### B. SETTLEMENT CONFERENCE ROOMS WHERE A PLAINTIFF IS AN INMATE:

In cases where a Plaintiff is an inmate, the Court will connect the inmate to the video-conferencing system. The Plaintiff's counsel should connect to the "Inmate Conference Room" in the following way:

*To connect by video:*
https://join.uc.uscourts.gov/invited.sf?secret=ikB9box1ruvjnin8hgnzYw&id=340623689

*To connect by phone:*
(571) 353-2300, then enter 340623689#

The Defendant and Defendant's counsel should connect to the "Defendant's Room" in the manner set forth in Step 1, Section A above.

### C. VIRTUAL ROOM FOR PUTTING A SETTLEMENT ON THE RECORD

If a settlement is reached, unless otherwise instructed, all parties will be instructed by Judge Hawley to connect to the "Judge Hawley" virtual courtroom by doing the following:

*To connect by video:*
https://join.uc.uscourts.gov/invited.sf?secret=_326T6ENTcfYQrqTT0zSag&id=287753270

*To connect by phone:*
(571) 353-2300, then enter 287753270#

Step 2. Once the webpage loads, type your first and last name into the "Your Name" field and select the "Join Meeting" button.



Step 3: On the next screen, select the little lock icon on the top near the address bar and make sure that both the Camera and Microphone settings are set to allow. There is a webcam preview available on this screen so make sure that you are visible in the preview. There is also a bar that shows the microphone level. Please make sure your microphone is in working order and that you can be heard on the video call.



Step 4. Once you reach this screen, you have now entered the meeting. Please wait for Judge Hawley to connect, if he has not already done so. To see who else, if anyone, has joined the meeting, click on the person icon in the top righthand corner (circled below)



NOTE: Reconnection instructions
If you happen to disconnect from the meeting before it is finished, you will see this screen:



CLICK HERE AND THEN ENTER THE MEETING ID FOR YOUR ROOM AS LISTED BELOW

There are two ways to reconnect. First, you can start the connection process over again from Step 1. Second, you can reconnect through the above screen by doing the following:

1) Click "Join Meeting"
2) Type in the "Meeting ID," which is as follows, depending on which "virtual room" you are in:
    a) Plaintiff's Room:           915948311
    b) Defendant's Room:           405348250
    c) Defendant's Room 2:         732115070
    d) Inmate Conference Room:     340623689
    e) Judge Hawley Room:          287753270


IF YOU HAVE PROBLEMS CONNECTING AFTER FOLLOWING THESE STEPS, PLEASE CONTACT:
AARON WILDER: (309) 201-2127 (cell)/(309) 671-7180 (desk)
RHONDA FLEMING: (217) 398-5240
DUSTIN HENRY: (217) 492-4005